Argued and submitted June 9, reversed and remanded July 9, 2003

Armando LOPEZ,
*Appellant,*

*v.*

Doug VAN DYK,
*Respondent.*

0202-01087; A118193

72 P3d 992

Robert K. Udziela argued the cause and filed the briefs for appellant.

John T. Kaempf argued the cause for respondent. With him on the brief was Bullivant Houser Bailey, PC.

Before Landau, Presiding Judge, and Armstrong and Brewer, Judges.

PER CURIAM

Reversed and remanded. *Neff v. Jackson County*, 187 Or App 402, 67 P3d 977 (2003).